**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-03048-REB-MJW

OCCUPY DENVER, an unincorporated association,
AMBERLYNN RESTORICK,
TERRY BURNSED,
ROBERT PIPER,
ROB KUYKENDALL,
CATHERINE LINDSEY,
NATALIE WYATT, and
DANIEL GARCIA,

      Plaintiffs,
v.

CITY AND COUNTY OF DENVER,
MICHAEL HANCOCK, in his official capacity and as Mayor of Denver,
GERALD R. WHITMAN, in his official capacity and as Denver's Acting Chief of Police,

      Defendants.

## ORDER TO FILE WITNESS SUMMARIES

**Blackburn, J.**

The matter before the court is plaintiffs' **Motion for Temporary Restraining Order** [#2][1] filed November 22, 2011.  Previously, the court set a hearing on the motion for Monday, December 5, 2011, beginning at 9:00 a.m.  In order to ensure that the hearing is conducted efficiently, the court directs the parties to provide to the court a summary identifying each witness the parties expect to present at the hearing, a precis or summary of the testimony of each witness, and the best estimate of the time

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

necessary to present the testimony of each witness.[2]

**THEREFORE, IT IS ORDERED**

1. That by 3:00 p.m.,Thursday, December 1, 2011, the plaintiffs **SHALL FILE** a witness summary that includes the following information: (a) the name of each witness the plaintiffs expect to present at the hearing on Monday, December 5, 2011; (b) a precis or summary of the testimony of each such witness; and (c) a statement of the best estimate of the time necessary to present the testimony of each witness; and

2. That by 3:00 p.m., Friday, December 2, 2011, the defendants **SHALL FILE** a witness summary that includes the following information: (a) the name of each witness the defendants expect to present at the hearing on Monday, December 5, 2011; (b) a precis or summary of the testimony of each such witness; and (c) a statement of the best estimate of the time necessary to present the testimony of each witness.

Dated November 30, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] The issuance of this order does not imply that the parties are required or expected to present testimony via live witnesses at the TRO hearing on December 5, 2011. In fact, consistent with custom and practice of this court, the court intends to exercise its discretion to credit the parties with the relevant and competent evidence presented in the affidavits and declarations attached or appended to their relevant papers.