**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-03048-REB-MJW

OCCUPY DENVER, an unincorporated association,
AMBERLYNN RESTORICK,
TERRY BURNSED,
ROBERT PIPER,
ROB KUYKENDALL,
CATHERINE LINDSEY,
NATALIE WYATT, and
DANIEL GARCIA,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MICHAEL HANCOCK, in his official capacity and as Mayor of Denver,
GERALD R. WHITMAN, in his official capacity and as Denver's Acting Chief of Police,

      Defendants.

## ORDER ALLOCATING HEARING TIME

**Blackburn, J.**

      The matter before me is plaintiffs' **Motion for Temporary Restraining Order** [#2][1] filed November 22, 2011.  A hearing on the motion is set for Monday, December 5, 2011, beginning at 9:00 a.m.

      As ordered by the court, the parties have filed summaries of the testimony they expect to present at the hearing, including estimates of the time necessary to present that testimony.  Having reviewed the witness summaries and the record, the court concludes that the time allocated for the hearing in the **Scheduling Order** [#3] filed

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

November 23, 2011, is not sufficient. Thus, the court reserves the balance of the morning and afternoon of Monday, December 5, 2011, for the hearing. The court allocates the time for presentations by the parties at the December 5, 2011, hearing as follows:[2]

| | |
|---|---|
| Presentation of evidence by the plaintiffs | - 3 hours, 30 minutes |
| Presentation of evidence by the defendants | - 1 hour, 30 minutes |
| Argument by the plaintiffs | - 20 minutes |
| Argument by the defendants | - 20 minutes |
| Rebuttal argument by the plaintiffs | - to be determined at the hearing |

**THEREFORE, IT IS ORDERED** as follows:

1. That the time for presentations by the parties at the hearing set for December 5, 2011, is allocated as stated in this order; and

2. That, based on developments at the hearing, the court may adjust these allocations as deemed necessary by the court.

Dated December 2, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] Time provided for presentation of evidence includes time for cross examination of witnesses. Initially, the court allocates time for cross examination equal to, but not greater than, the time of the corresponding direct examination.